O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     EDCV 08-01632 SGL (MANx)                                      Date:   December 4, 2008

Title:         DONNA KISKILA -v- CALIFORNIA SUPREME COURT,
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                               None Present
      Courtroom Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                         None present

PROCEEDINGS:       (IN CHAMBERS)  NOTICE TO PLAINTIFF

     The action herein was filed November 13, 2008.   Pursuant to Federal Civil Judicial Procedure and Rule 4(m), plaintiff is required to serve the summons and complaint upon defendant(s) within 120 days after the filing of the complaint.  Accordingly, plaintiff is ORDERED to file proof of service regarding service of process on all defendants by no later than **April 6, 2009**.  Plaintiff is advised that failure to timely file proof of service will result in the dismissal of the case for failure to prosecute.

     IT IS SO ORDERED.